SUSAN M. WALKER (SBN 130748)
susan.walker@dentons.com
JUSTIN A. MARTIN (SBN 317939)
justin.martin@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
CONTINENTAL DIVIDE INSURANCE
COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL DIVIDE INSURANCE COMPANY, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>CRGTS, INC., a Washington corporation; JOSE R. INZUNZA, an individual; CARLOS GONZALEZ, an individual; MARIA NARANJO, individually and as Successor-in-Interest to JOSE I.V. NARANJO, deceased; CARLA SILVA-NARANJO, an individual; LUIS R. NARANJO, an individual; GRISELDA I. NARANJO, an individual; ARACELI GONZALEZ-NARANJO, an individual; JOSE M. NARANJO, an individual; and OSCAR N. NARANJO, an individual,<br><br>Defendants. | **CASE NO. 2:19-CV-8660 JFW (GJSx)**<br><br>ORDER RE DISMISSAL OF ACTION WITHOUT PREJUDICE WITH EACH PARTY TO BEAR ITS OWN ATTORNEYS' FEES AND COSTS |

114089337\V-1

The Court having considered the Stipulation submitted by plaintiff Continental Divide Insurance Company and defendants and counterclaimants Maria Naranjo, Jose I.V. Naranjo, Carla Silva-Naranjo, Luis R. Naranjo, Griselda I. Naranjo, Araceli Gonzalez-Naranjo, Jose M. Naranjo, Oscar N. Naranjo, and defendants CRGTS, Inc., Carlos Gonzalez and Jose R. Inzunza having made no appearance in this action, and good cause appearing therefor, hereby ORDERS: this action is dismissed without prejudice with each party to bear its own attorneys' fees and costs in this action.

Dated: April 10, 2020

_____
HON. JOHN F. WALTER
JUDGE OF THE UNITED STATES
DISTRICT COURT

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

114089337\V-1